**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
MATTHEW STEPHEN SHEPLER,
                          Plaintiff,

        -against-

MICHAEL COLLURA,
                          Defendants.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2020

17 **CIVIL** 10254 (ER)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 13, 2020, Collura's motion to dismiss is granted;

accordingly, the case is closed.

**Dated:** New York, New York
        February 13, 2020

                                    **RUBY J. KRAJICK**
                                    **Clerk of Court**
                          BY:
                                    **Deputy Clerk**

                          THIS DOCUMENT WAS ENTERED
                          ON THE DOCKET ON 2/13/2020