UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW STEPHEN SHEPLER,

                Plaintiff,

     v.

MICHAEL COLLURA,

                Defendant.

**ORDER**

17 Civ. 10254 (ER)

RAMOS, D.J.

On March 10, 2020, Plaintiff Shepler filed a notice of appeal with this Court appealing the Court's decision to dismiss his complaint.  *See* Doc. 73 at 1.  This notice of appeal was not separately filed, however, but rather was included in the same docket entry as his motion for leave to proceed *In Forma Pauperis*.

The Clerk of Court is respectfully directed to separately docket the notice of appeal *nunc pro tunc*.  The Clerk is further directed to transfer Plaintiff's brief filed November 9, 2020, Doc. 76, with the notice of appeal.

It is SO ORDERED.

Dated: November 10, 2020
       New York, New York

_____
   Edgardo Ramos, U.S.D.J.